UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:     Johnny L Hughes

Debtor(s)

Case No. 13 B 18538

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2013.

2) The plan was confirmed on 07/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/25/2015.

5) The case was Dismissed on 04/23/2015.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,945.52 |
| Less amount refunded to debtor | $319.80 |

**NET RECEIPTS:** $13,625.72

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,495.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $538.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,033.08

Attorney fees paid and disclosed by debtor:     $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Absolute Collection Service | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| Allgate Financial LLC | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 329.00 | 329.24 | 329.24 | 185.70 | 0.00 |
| Anchor Oak Park | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Anthony Marinelli | Unsecured | 60.90 | NA | NA | 0.00 | 0.00 |
| ARM | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Berrien County Trail Court | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Burena Griffin | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcity Loans | Unsecured | 0.00 | 8,500.00 | 8,500.00 | 4,794.18 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 341.60 | 1,497.60 | 1,497.60 | 844.68 | 0.00 |
| Commonwealth Edison | Unsecured | 1,757.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,987.86 | 2,054.43 | 2,054.43 | 1,158.74 | 0.00 |
| Credit Acceptance Corp | Secured | 2,757.00 | 2,392.05 | 2,392.05 | 2,392.05 | 30.42 |
| Credit Acceptance Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Endocrine Associates | Unsecured | 24.60 | NA | NA | 0.00 | 0.00 |
| Forest Park Loan Company, Inc. | Unsecured | 332.10 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 646.66 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 267.00 | 331.32 | 331.32 | 186.87 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| Illinois Retina Associates | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Soecialists, LLC | Unsecured | 2,153.88 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Unsecured | NA | 550.00 | 550.00 | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 120.09 | NA | NA | 0.00 | 0.00 |
| Ncc Inc | Unsecured | 30.52 | NA | NA | 0.00 | 0.00 |
| Ncc Inc | Unsecured | 252.10 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ncc Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Nco Financial Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 8,607.80 | NA | NA | 0.00 | 0.00 |
| Oak Park Physicians Group | Unsecured | 65.40 | NA | NA | 0.00 | 0.00 |
| Radiology Consultants | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc (Original Credito | Unsecured | 2,044.00 | NA | NA | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 131.85 | NA | NA | 0.00 | 0.00 |
| RGS Financial | Unsecured | 15.50 | NA | NA | 0.00 | 0.00 |
| Rush Oak Park Hospital | Unsecured | 854.49 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Troy Q Smith & Associates Inc | Unsecured | 21.70 | NA | NA | 0.00 | 0.00 |
| Trustmark Recover Services | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| University Pathologists, PC | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Melrose Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Village of Oak Park | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,392.05 | $2,392.05 | $30.42 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,392.05** | **$2,392.05** | **$30.42** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$13,262.59** | **$7,170.17** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,033.08 |
| Disbursements to Creditors | $9,592.64 |
| **TOTAL DISBURSEMENTS** : | **$13,625.72** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/21/2015                    By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**